**FILED**

July 19, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff, )
v. )
MICHAEL DENNIS PENNINGTON, )
          Defendant. )

Case No. CR S-05-0285 MCE

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL DENNIS PENNINGTON, Case No. CR S-05-0285 MCE, Charge Title 18 USC § 1001, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_  Release on Personal Recognizance

   \_  Bail Posted in the Sum of $_____

       \_  Unsecured Appearance Bond $ _____

       \_  Appearance Bond with 10% Deposit

       \_  Appearance Bond with Surety

       \_  Corporate Surety Bail Bond

   X  (Other) _Release on conditions (maintain contact with PTS, possess no firearms)_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on July 19, 2005 at 1:25 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge

Original - U.S. Marshal