**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
MICHAEL DENNIS PENNINGTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CR No. 2:05-cr-0285 MCE |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE TRIAL DATE AND SET STATUS CONFERENCE** |
| v. | |
| MICHAEL DENNIS PENNINGTON, | Trial Confirmation: Sept. 5, 2006 |
| Defendant. | Time: 8:30 a.m. |
| | Jury Trial: Sept. 20, 2006 |
| | Honorable Judge Morrison C. England, Jr. |

    The United States of America, by and through Assistant United States Attorney Carolyn Delaney, and Defendant MICHAEL DENNIS PENNINGTON, by and through his attorney, Johnny L. Griffin, III, hereby agree and stipulate to vacate the jury trial date and the trial confirmation date and set a status conference in the above-captioned case. The parties agree and stipulate that the jury trial date of September 20, 2006 shall be vacated, the trial confirmation date of September 5, 2006 shall be vacated, and a status conference shall be set on September 12, 2006, at which time the parties will advise the court whether

the case will resolve.  If the case does not resolve, parties will set a new date for jury trial. This request is to allow counsel for the defendant additional time to prepare and discuss a possible resolution with counsel for the government.  The parties agree and stipulate that time shall be excluded from September 5, 2006 to September 12, 2006 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: September 1, 2006          Respectfully submitted,

                                                /s/ Carolyn Delaney
                                              CAROLYN DELANEY[1]
                                              Assistant U.S. Attorney

Dated: September 1, 2006            /s/ Johnny L. Griffin, III
                                              JOHNNY L. GRIFFIN, III
                                              Attorney for Defendant
                                              MICHAEL DENNIS PENNINGTON

## **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

///

///

///

///

///

---

[1] Assistant United States Attorney Carolyn Delaney e-mailed her authorization to attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

1  Based on these findings and pursuant to the stipulation of the parties, the Court
2  hereby adopts the stipulation of the parties in its entirety as its order.
3  **IT IS SO ORDERED.**

Dated: September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE