McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. 2:05-cr-0285-MCE |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER |
| MICHAEL DENNIS PENNINGTON, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED:** That the trial set for October 25, 2006 is VACATED, and a status conference is scheduled for October 24, 2006 at 8:30 a.m. in Courtroom 3.

DATED: October 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE